SHARON J. BRUNNER, (SBN: 229931)
14393 Park Avenue, Suite 101
Victorville, CA 92392
Phone: (760) 243-9997
Fax: 760-843-8155
E-mail: sharonjbrunner@yahoo.com

JAMES S. TERRELL (SBN #170409)
15411 Anacapa Road
Victorville, California 92392
Phone :(760) 951-5850
Fax (760) 952-1085
E-mail: jim@talktoterrell.com

Attorneys for PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA CROSTHWAITE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, SHERIFF JOHN MCMAHON,<br><br>Defendants. | CASE NO. 5:17-cv-758KK<br><br>**ORDER RE: JOINT STIPULATION AND DISMISSAL OF LAWSUIT IN ITS ENTIRETY AND WITH PREJUDICE**<br><br>*Honorable Magistrate Judge Kenly Kiya Kato* |

The Court, having considered and reviewed the Joint Stipulation to Dismiss Lawsuit in its entirety and with prejudice, hereby orders:

///

///

///

///

///

///

1

FRANCISCA CROSTHWAITE'S RESPONSE AND OBJECTIONS TO COUNTY OF SAN BERNARDINO'S INTERROGATORIES (SET ONE)

1. The parties reached a global settlement and fully settled this matter having each fulfilled their obligations relating to the settlement of this matter.
2. This action is hereby dismissed, in its entirety, with prejudice.

Dated: April 2, 2019

*Kenly* (signature)

THE HONORABLE KENLY KIYA KATO
United Magistrate Judge